An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO NEVADA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
vs.
SIGMUND ROGICH, A/K/A SIG
ROGICH, AN INDIVIDUAL,
                    Respondent.

No. 64763

**FILED**

AUG 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
     DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Mark R. Denton, District Judge
     McDonald Law Offices, PLLC
     Fennemore Craig Jones Vargas/Las Vegas
     Jackson Lewis P.C.
     Eighth District Court Clerk

---

[1]The parties' stipulation to extend the time for filing the answering brief is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-24383